

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | 08-20-00168-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. One |
| GABRIELA QUIROZ MACEDO, | § | of Williamson County, Texas |
| Appellee. | § | (TC# 20-0505-CC1) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render a judgment denying Gabriela Quiroz Macedo's application for habeas relief, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF AUGUST, 2022.

_____
LEE GABRIEL, Justice (Ret.)

Before Rodriguez, C.J., Alley, J., and Gabriel, J. (Ret.)
Gabriel, J. (Ret.)(Sitting by Assignment)
Rodriguez, C.J. Dissenting